In the Matter of the Probate of the Will of ISAAC MELTZER, Deceased.

JOSEPH MELTZER, Appellant; IDA MELTZER, Respondent.

(Argued January 9, 1936; decided January 28, 1936.)

*Michael Halperin* and *Robert Morris* for appellant.

*John D. Lyons* and *Nellie Childs Smith* for respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.